GORDON SILVER
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

ANDREWS KURTH LLP
ALDO NOTO
1350 I Street NW, Suite 1100
Washington, DC 20005
Email: AldoNoto@andrewskurth.com

MICHELE SCHWARTZ
1717 Main Street, Suite 3700
Dallas, TX 75201
Email: MicheleSchwartz@andrewskurth.com

Attorneys for Plaintiff/Counterdefendant
Eades Appliances Technology, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| EADES APPLIANCE TECHNOLOGY, LLC, a Nevada limited liability company, | CASE NO. 2:10-cv-00769-KJD-LR |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| PRESTON INDUSTRIES, INC., an Illinois corporation, | |
| Defendant. | |
| PRESTON INDUSTRIES, INC., an Illinois corporation, | |
| Counter-claimant, | |
| vs. | |
| EADES APPLIANCE TECHNOLOGY, LLC, a Nevada limited liability company, | |
| Counter-defendant | |

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102485-001/1151375.doc

1 of 2

WHEREAS, Plaintiff Eades Appliance Technology, LLC ("Eades") and Defendant Preston Industries, Inc. ("Preston"), executed a Settlement Agreement of February 22, 2011, and no party herein being an infant, an incompetent for whom a committee has been appointed, or a conservatee, and there being no party nor a party to this action who has any interest in the subject matter of this action,

IT IS HEREBY STIPULATED AND AGREED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, constituting all of the parties in this action, stipulate that this action shall be dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

Dated this 15th day of March, 2011.

| GORDON SILVER | SHEA & CARLYON, LTD. |
|---|---|
| /s/ ERIKA PIKE TURNER<br>ERIKA PIKE TURNER<br>Nevada Bar No. 6454<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Tel: (702) 796-5555<br>Fax: (702) 369-2666 | /s/ L. JOE COPPEDGE<br>L. JOE COPPEDGE<br>Nevada Bar No. 4954<br>701 Bridger Avenue, Suite 850<br>Las Vegas, NV 89101<br>Tel: (702) 471-7432<br>Fax: (702) 471-7435 |
| ANDREWS KURTH LLP<br>ALDO NOTO<br>1350 I Street NW, Suite 1100<br>Washington, DC 20005<br>Email: AldoNoto@andrewskurth.com<br><br>MICHELE SCHWARTZ<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>Email: MicheleSchwartz@andrewskurth.com<br><br>Attorneys for Plaintiff/Counterdefendant<br>Eades Appliances Technology, LLC | VEDDER PRICE P.C.<br>ROBERT S. RIGG<br>ANGELO J. BUFALINO<br>222 North LaSalle Street<br>Chicago, IL 60601<br>Tel: (312) 609-7850<br>Fax: (312) 609-5005<br><br>Attorneys for Defendant/Counter-claimant<br>Preston Industries, Inc. |

IT IS SO ORDERED this  17  day of  March           , 2011.

_____
U.S. District Court Judge

102485-001/1151375.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555